## Weightstill Woods, Appellant, v. Memorial Estates, Incorporated, Appellee.

### Gen. No. 45,878.

Weightstill Woods, *pro se;* Guerine & Guerine, for appellee; Guy C. Guerine, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed March 9, 1953; released for publication April 6, 1953.

